## WALTER WATSON v. THE STATE.

No. 22949. Delivered November 8, 1944.

The opinion states the case.

*Joe McCasland,* of Jefferson, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

This case involves the same question, and is controlled by the decision this day delivered, in Cause No. 22,948, John Smith v. State of Texas. (Page 585 of this volume.)

For the reasons there assigned, the judgment of the trial court is reversed and the cause remanded.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.